Form 6 (ND/SD Miss. Dec. 2015)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

MEGAN BRITT, et al.,

                Plaintiff

v.

MISSISSIPPI FARM BUREAU
CASUALITY INSURANCE
CO., et al.,

                Defendant

CIVIL ACTION
No. 1:18-cv-00038-GHD-DAS

## APPLICATION FOR ADMISSION PRO HAC VICE

**(A)**    Name:    Irma Reboso Solares

        Firm Name:    CARLTON FIELDS JORDEN BURT, P.A.

        Office Address:    100 S.E. Second Street, Suite 4200

        City: Miami    State: FL    Zip: 33131
        Telephone: (305) 347-6843    Fax: (305) 530-0055
        E-Mail: isolares@carltonfields.com

**(B)**    Client(s):    Southern Farm Bureau Life Insurance Co.

        Address:    1401 Livingston Lane

        City: Jackson    State: MS    Zip: 39213
        Telephone: (601) 981-5332    Fax: (601) 321-3568

FORM 6 (ND/SD MISS. DEC. 2015)

The following information is optional:

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

**(C)** I am admitted to practice in the:



State of Florida
District of Columbia

and is currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Florida Supreme Court, Attention: Clerk's Office
500 South Duval Street, Tallahassee, FL 32399-1927
Telephone: (850) 488-0125; Website: http://www.floridasupremecourt.org

All other courts before which I have been admitted to practice::

| Jurisdiction | Period of Admission |
| --- | --- |
| U.S. District Court, Southern District of FL | 09/09/1989 |
| U.S. District Court, Middle District of FL | 08/26/1991 |
| U.S. District Court, Northern District of FL | 02/18/2009 |
| U.S. District Court, District of Colorado | 04/05/2013 |
| U.S. Court of Appeals, Eleventh Circuit | 08/24/1990 |
| U.S. Court of Appeals, Fifth Circuit | 08/23/2012 |

Form 6 (ND/SD Miss. Dec. 2015)

|     |     | Yes | No |
|-----|-----|-----|-----|
| **(D)** | Have you been denied admission pro hac vice in this state? | ☐ | ☑ |
|     | Have you had admission pro hac vice revoked in this state? | ☐ | ☑ |
|     | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ☐ | ☑ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|     |     | Yes | No |
|-----|-----|-----|-----|
| **(E)** | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ☐ | ☑ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|     |     | Yes | No |
|-----|-----|-----|-----|
| **(F)** | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ☐ | ☑ |

FORM 6 (ND/SD MISS. DEC. 2015)

    If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

**(G)**    Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| | | |

**(H)**    Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| | |

FORM 6 (ND/SD MISS. DEC. 2015)

|     |     | Yes | No |
|-----|-----|-----|-----|
| (I) | Have you read and become familiar with all of the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ✓ | ☐ |
|     | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ✓ | ☐ |

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar No: Markham R. Leventhal (MS 101091)

Firm Name: CARLTON FIELDS JORDEN BURT, P.A.

Office Address: 1025 Thomas Jefferson Street, N.W., Suite 400 West

City: Washington   State: DC   Zip 20007
Telephone: (202) 965-8189   Fax: (202) 965-8104
E-Mail: mleventhal@carltonfields.com

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

8/29/2018
Date

_____
Applicant's Handwritten Signature

**Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.**

FORM 6 (ND/SD MISS. DEC. 2015)

## CERTIFICATE OF SERVICE

The undersigned Applicant certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 29th day of August, 2018.

_____
Applicant's Handwritten Signature