**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**MEGAN BRITT, BRETT HAWKINS,
STEVE HARBOUR, JASON NORMAN,
BRIAN MILEY, CLINT BUCKLEY,
JASON BAKER, and CHRIS CARNEY**                **PLAINTIFFS**

       **VS.**                **CIVIL ACTION NO.: 1:18-cv-00038-GHD-DAS**

**MISSISSIPPI FARM BUREAU CASUALTY
INSURANCE COMPANY, SOUTHERN
FARM BUREAU LIFE INSURANCE
COMPANY and SOUTHERN FARM BUREAU
CASUALTY INSURANCE COMPANY**                **DEFENDANTS**

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41 (a) (1) (A) (ii) of the *Federal Rules of Civil Procedure*, Plaintiff, Chris Carney, hereby voluntarily dismisses his claims against the Defendants in this case with prejudice. The Defendants consent to the dismissal of Chris Carney and all of his claims with prejudice.

Respectfully submitted, this the 24th day of September, 2019

               s/ S. Ray Hill, III_____
               S. RAY HILL, III, MSB # 100088
               DANA G. DEARMAN, MSB # 8681
               *Attorney for Plaintiff Chris Carney*

Agreed:

*s/ Rebecca J. Blunden*
Rebecca J. Blunden
*Attorney for Defendants Mississippi Farm Bureau Casualty Insurance Co. and
Southern Farm Bureau Casualty Insurance Co.*

*s/Markham R. Leventhal*
Markham R. Leventhal
*Attorney for Defendant Southern Farm Bureau Life Insurance Co.*