UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MEGAN BRITT, BRETT HAWKINS,
STEVE HARBOUR, JASON NORMAN,
BRIAN MILEY, CLINT BUCKLEY, and
JASON BAKER, individually and on behalf
of others similarly situated                                      PLAINTIFFS

VS.                                           CIVIL ACTION NO. 1:18-CV-38-GHD-DAS

MISSISSIPPI FARM BUREAU CASUALTY
INSURANCE COMPANY, SOUTHERN
FARM BUREAU LIFE INSURANCE
COMPANY, and SOUTHERN FARM BUREAU
CASUALTY INSURANCE COMPANY                                        DEFENDANTS

ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL

Presently before the Court is the Defendants' joint motion to file certain exhibits to their motion for decertification under seal [388]. Upon due consideration, the Court finds that the motion should be granted.

Given the nature of the subject exhibits, and that sensitive nonpublic information is contained within the exhibits, the Court finds that the Defendants' request meets the standard for the sealing of documents. The Court therefore finds that, consistent with the requirements of Uniform Local Civil Rule 79, which governs the process for the sealing of court records, the subject exhibits shall be sealed.

Accordingly, the Court ORDERS that the Defendants' motion for leave to file certain exhibits and documents under seal [388] is GRANTED; consistent with the requirements of Uniform Local Civil Rule 79, the subject documents and exhibits are hereby to be docketed as SEALED from public

access with CM/ECF access permitted solely to court personnel and the litigants' counsel.

SO ORDERED THIS the 15th day of July, 2021.

/s/ Glen H. Davidson
_____
SENIOR U.S. DISTRICT JUDGE