IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MEGAN BRITT, BRETT HAWKINS,
STEVE HARBOUR, JASON NORMAN,
BRIAN MILEY, CLINT BUCKLEY, and
JASON BAKER, individually and on behalf
of others similarly situated                                          PLAINTIFFS

VS.                                           CIVIL ACTION NO. 1:18-CV-38-GHD-DAS

MISSISSIPPI FARM BUREAU CASUALTY
INSURANCE COMPANY, SOUTHERN
FARM BUREAU LIFE INSURANCE
COMPANY, and SOUTHERN FARM BUREAU
CASUALTY INSURANCE COMPANY                                    DEFENDANTS

**ORDER DENYING DEFENDANTS' MOTION FOR DECERTIFICATION AND
PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1)  the Defendants' motion to decertify [390] is DENIED;

(2)  the parties' cross-motions for summary judgment [403, 410, 412, 415, 417,
419, 421] are DENIED; and

(3)  the Plaintiffs' claims shall PROCEED COLLECTIVELY.

All memoranda, depositions, declarations, and other materials considered by the Court in

ruling on these motions are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 3rd day of February, 2022.

_____
SENIOR U.S. DISTRICT JUDGE