IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MEGAN BRITT, BRETT HAWKINS,
STEVE HARBOUR, JASON NORMAN,
BRIAN MILEY, CLINT BUCKLEY,
JASON BAKER, and CHRIS CARNEY, individually,
and on behalf of all others similarly situated                                    PLAINTIFFS

VS.                                                CIVIL ACTION NO.: 1:18-cv-38-GHD-DAS

MISSISSIPPI FARM BUREAU CASUALTY
INSURANCE COMPANY, SOUTHERN
FARM BUREAU LIFE INSURANCE
COMPANY, and SOUTHERN FARM BUREAU
CASUALTY INSURANCE COMPANY                                          DEFENDANTS

ORDER UNSEALING DOCUMENT

        Docket entry 579 in this matter, entitled "Stipulation of Dismissal of Defendant Southern

Farm Bureau Life Insurance Company," was filed under seal on March 17, 2022, pursuant to the

Court's March 16, 2022, Order Directing the Filing of Documents Under Seal [Doc. 578].  After

discussion with counsel, the Court hereby directs the Clerk of Court to UNSEAL docket entry 579

and place it on the standard docket in this matter.

        THEREFORE, it is hereby ORDERED that the Clerk of Court UNSEAL Docket No. 579

in this matter.

        SO ORDERED, this the ____25th___ day of March, 2022.


                                                _____
                                                SENIOR U.S. DISTRICT JUDGE